| | | |
|---|---|---|
| 21556 | State v. Smith | Affirmed |

### December 24, 1998

| | | |
|---|---|---|
| 21466 | Samonte v. State | Affirmed |
| 21245 | State v. Dietzman | Affirmed |

### December 28, 1998

| | | |
|---|---|---|
| 21006 | Hawaiian Ins. & Guar. Co., Ltd. v. Febenito | Affirmed |
| 20802 | State v. Wallace | Affirmed in part, Vacated in part |

### December 30, 1998

| | | |
|---|---|---|
| 21605 | Beshore v. Jim | Affirmed |
| 21276 | O'Connor v. American Intern. Adjustment Co., Inc. | Affirmed |
| 20704 | State v. Biscoe | Affirmed |
| 21321 | State v. Taketa | Affirmed |

### January 5, 1999

| | | |
|---|---|---|
| 21652 | Hawaiian Soc. of Naturopathic Physicians v. Graulty | Affirmed |

### January 12, 1999

| | | |
|---|---|---|
| 21084 | State v. Danielson | Affirmed |

### January 13, 1999

| | | |
|---|---|---|
| 20958 | Sulieman v. Royal MacCabees Life Ins. Co. | Affirmed |

### January 14, 1999

| | | |
|---|---|---|
| 21529 | State v. Alizar | Affirmed |

### January 20, 1999

| | | |
|---|---|---|
| 21148 | Grattafiori v. State | Affirmed |
| 21411 | Servetti–Coleman v. Arc in Hawaii | Affirmed |
| 21172 | State v. Deparini | Affirmed |

### January 21, 1999

| | | |
|---|---|---|
| 21054 | Aczon v. State Farm Mut. Auto. Ins. Co. | Affirmed |
| 20235 | Shinn v. Reinwald, O'Connor, Marrack, Hoskins & Playdon | Affirmed |
| 20675 | State v. Dedrick | Affirmed |

### January 27, 1999

| | | |
|---|---|---|
| 21212 | Ligorio v. State | Affirmed |
| 21274 | State v. Kanakanui | Affirmed |